IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:09-CV-00676-T-24MAP

JEFF BISHOP and HEIDI
BISHOP,

      Plaintiffs,

v.

I.C. SYSTEM, INC.,

      Defendant.

_____/

## AMENDED COMPLAINT

NOW COME the Plaintiffs, JEFF BISHOP and HEIDI BISHOP, by and through their attorneys, WEISBERG & MEYERS, LLC, complaining against the Defendant, I.C. SYSTEM, INC., and alleging as follows:

## PRELIMINARY STATEMENT

1.      This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. §1692, et seq. and the Florida Consumer Collection Practices Act, Fla. Stat. §559.72.

## PARTIES

2.      Plaintiffs, JEFF and HEIDI BISHOP ("Plaintiffs"), are "consumers" as defined by the FDCPA and FCCPA.

3.      At all relevant times herein, Defendant, I.C. SYSTEM, INC. ("Defendant") or ("ICS") acted as a debt collector within the meaning of 15 U.S.C. §1692a(6) in that it held itself out to be a company collecting a consumer debt allegedly owed by the Plaintiffs.

4.      Defendant is a corporation that is authorized to do business and maintains an office in Hillsborough County, Florida.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. ICS

5.      Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

6.      Defendant is a debt collector that has made at least one attempt to collect an alleged debt from the Plaintiffs.

7.      Defendant regularly collects debts from consumers such as the Plaintiffs

8.      Over the past year, Defendant's employees and agents have engaged in a pattern of harassment by way of repeated phone calls to Plaintiffs in at attempt to collect the aforementioned alleged debt.

9.      Defendant repeatedly misrepresented to Plaintiff, HEIDI BISHOP, that she owed a debt which she did not actually owe.

10.     On or about November 28, 2008, Plaintiffs sent a written correspondence to Defendant stating that they were disputing the purported debt, requesting proof of the debt and requesting that Defendant cease any further communications other than to provide the requested proof.  (See copy of letter dated November 28, 2008, attached hereto as Exhibit "A").

11.     Plaintiffs also verbally informed Defendant that they were disputing the purported debt and requested that the aforementioned collection calls cease and desist on numerous occasions.

12.     Defendant's employees and agents continued to call and harass the Plaintiffs in an attempt to collect the purported debt despite receipt of the aforementioned letter.

13.     On at least one occasion in the past year, Defendant's employees and agents misrepresented to Plaintiffs that Defendant was not required to comply with a written cease and desist request unless it was accompanied by written proof that Plaintiffs did not, in fact, owe the debt.

14.     Defendant's agents and employees failed to properly identify themselves and/or to notify Plaintiffs that they were calling from a debt collector's office in an attempt to collect a debt in every telephone call made to the Plaintiffs.

15.     Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 in one or more of the following ways:

a.      Communicating with Plaintiffs after having received a letter from Plaintiffs with a request to cease and desist all collection contacts or a statement that Plaintiffs refused to pay the debt in violation of 15 U.S.C. §1692c(c);

b.      Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiffs, including stating that Defendant is not required to comply with a written request to cease and desist all communications unless such request is accompanied by proof that the debt is not owed in violation of 15 U.S.C. §16923(10);

c.      Falsely representing the character, amount, or legal status of Plaintiffs' debt, including representing that Plaintiffs owe a debt they do not owe in violation of 15 U.S.C. §1692e(2)(a);

d.      Failing to disclose Defendant's true corporate or business name in a telephone call to Plaintiffs in violation of 15 U.S.C. §1692d(6); and

e.     Was otherwise deceptive and failed to comply with the Fair Debt Collection Practices Act.

16.     As a result of Defendant's violations as aforesaid, Plaintiffs suffered a substantial disruption in their daily routine thus warranting an award of emotional and/or mental anguish damages.

17.     As a result of the above violations of the FDCPA, Plaintiffs suffered and continue to suffer injury to Plaintiffs' feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiffs for Plaintiffs' actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiffs, JEFF and HEIDI BISHOP, by and through their attorneys, respectfully pray for judgment as follows:

a.     All actual compensatory damages suffered;

b.     Emotional and/or mental anguish damages;

c.     Statutory damages of $1,000.00;

d.     Plaintiffs' attorneys' fees and costs;

e.     Any other relief deemed appropriate by this Honorable Court.

## COUNT II
## VIOLATIONS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT AGAINST ICS

18.     Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

19.     Defendant violated the Florida Consumer Collection Practices Act, Fla. Stat. §559.72 in one or more of the following ways:

a.   Claimed, attempted, or threatened to enforce a debt while knowing that the debt was not legitimate or asserted the existence of some other legal right while knowing that the right did  not exist in violation of Fla. Stat. §559.72(9);

b.   Refused to adequately identify themselves in violation of Fla. Stat. §559.72(15); and

c.   Was otherwise deceptive and failed to comply with the Florida Consumer Collection Practices Act.

20.   As a result of the above statutory violations and invasion of privacy, Plaintiffs suffered and continue to suffer injury to Plaintiffs' feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiffs for Plaintiffs' actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, Plaintiffs, JEFF and HEIDI BISHOP, by and through their attorneys, respectfully pray for judgment as follows:

a.   All actual compensatory damages suffered;

b.   Emotional and/or mental anguish damages;

c.   Punitive damages:

d.   Statutory damages of $1,000.00;

e.   Plaintiffs' attorneys' fees and costs;

f.   Any other relief deemed appropriate by this Honorable Court.

## COUNT III
## COMMON LAW INVASION OF PRIVACY BY INTRUSION

21.   Plaintiffs incorporate the foregoing paragraphs as though the same were set forth at length herein.

22.    Defendant's aforementioned violations of the FDCPA and FCCPA also constitute an intentional intrusion into Plaintiffs' private places and into private matters of Plaintiffs' lives, conducted in a manner highly offensive to a reasonable person.  Plaintiffs had a subjective expectation of privacy in the context of Defendant's invasions, and this expectation was objectively reasonable under the circumstances

WHEREFORE, Plaintiffs, JEFF and HEIDI BISHOP, by and through their attorneys, respectfully pray for judgment as follows:

a.    All actual compensatory damages suffered;

b.    Emotional and/or mental anguish damages;

c.    Plaintiffs' attorneys' fees and costs; and

d.    Any other relief deemed appropriate by this Honorable Court.


***PLAINTIFFS REQUEST A TRIAL BY JURY* **


Respectfully submitted,
**JEFF and HEIDI BISHOP**


By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this <u>2nd</u> day of <u>November</u>, 2009,

by means of the CM/ECF system which will send notice of electronic filing to the following: Mr.

Dale Golden, [dale.golden@goldenscaz.com](mailto:dale.golden@goldenscaz.com).

> By: <u>s/ Alex Weisberg</u>
> ALEX D. WEISBERG
> FBN: 0566551
> WEISBERG & MEYERS, LLC
> ATTORNEYS FOR PLAINTIFFS
> 5722 S. Flamingo Road, Ste. 656
> Cooper City, FL 33330
> (954) 212-2184
> (866) 577-0963 fax
> aweisberg@attorneysforconsumers.com